FILED
DALLAS COUNTY
4/18/2014 2:07:07 PM
GARY FITZSIMMONS
DISTRICT CLERK

Linda Schaffer

CAUSE NO. DC-14-04190 _____

| | | |
|---|---|---|
| JENNIFER DUNCAN, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | __44th__ JUDICIAL DISTRICT |
| | § | |
| JAMES "CHRIS" FREEMAN, ERIN | § | |
| FREEMAN, GOOD VAPES LLC D/B/A | § | |
| GOOD VAPES, | § | |
| | § | |
| **Defendants.** | § | DALLAS COUNTY, TEXAS |

# PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff Jennifer Duncan and files this her Original Petition complaining of and against James "Chris" Freeman, Erin Freeman and Good Vapes, LLC d/b/a Good Vapes, and in support thereof would respectfully show unto the Court as follows:

## DISCOVERY CONTROL PLAN

1.     This matter is governed by Discovery Level 2 in accordance with Texas Rule of Civil Procedure 190.

## PARTIES

2.     The Plaintiff is an individual residing in Dallas County, Texas.

3.     **Defendant** **James "Chris" Freeman** is an individual resident of Texas. He may be served with process at his home, which is located at 2440 Peavy Road, Dallas, Texas 75228, or wherever he may be found.

4.      **Defendant Erin Freeman** is an individual resident of Texas.  She may be served with process at her home, which is located at 2440 Peavy Road, Dallas, Texas

75228, or wherever she may be found.

5. **Defendant Good Vapes Limited Liability Company** ("Good Vapes") is a Texas limited liability company with its principal place of business at 10677 E. Northwest Highway, Suite 450, Dallas, Texas 75238. It may be served with process by serving its registered agent Solutions Tax & Bookkeeping LLC, at 5750 Genesis Court Ste 100, Frisco, Texas 75034 or wherever he may be found.

## JURISDICTION & VENUE

6. Jurisdiction is proper in this Court as the relief requested falls within the jurisdictional limits of the Court. Venue is proper in Dallas County, Texas, pursuant to Chapter 15 of the Texas Civil Practice and Remedies Code.

7. Jurisdiction is proper in this Court as the damages fall within the jurisdictional limits of this Court. Pursuant to TEX. R. CIV. P. 47 the Plaintiff seeks monetary relief over $1,000,000.00.[1]

## FACTS

8. Duncan a successful entrepreneur wanted to expand her portfolio and she decided to open a "vape store" catering to the fast-growing electronic cigarette market. "Vape stores" became known as "vape stores," because e-cigarettes dispense vaporized nicotine rather than tobacco smoke.

---

[1] Plaintiff reserves the right to amend, decrease and/or increase the amount of damages plead based on evidence developed before the trial.



9.     As of fall of 2013 there were more than 3,500 independent vape stores around the country.  E-cigarette manufactures and sales are not highly regulated or taxed in most states, making them more profitable than tobacco products.

10.     Reynolds American (RAI) estimates electronic products account for about 1 percent of U.S. cigarette sales and projects e-cigarette revenue will reach $3 billion within five (5) years. Other forecasts show e-cigarette sales reaching more than $10 billion by 2017. Last year, e-cigarette sales topped $1.7 billion, according to the industry group, Tobacco Vapor Electronic Cigarette Association.

11.     That said Duncan leased two (2) commercial spaces one in Killeen and the other on Lemmon Avenue in Dallas. Shortly after securing two (2) commercial spaces, Duncan separated from her original partner and was looking for a new partner to join her in this once in a life time chance to be one of the first to open one of these extremely profitable "vape stores."

12.     At the beginning of November, Duncan who was doing her due diligence on "vape stores" met Chris and Erin Freeman at their Good Vapes Northwest Highway location.  Soon thereafter Duncan met the Freeman's at Go 4 It Sports Bar to discuss partnering up and opening a "vape store," and after their discussion both sides were

interested and excited about the possibility of doing business together.

13.     On November 7, 2013, Duncan and the Freemans met and negotiated the details of their partnership − including their respective contributions, percentages of profits and losses, and the duties and responsibilities of each member.  The parties had a deal.

14.     After having reached an agreement, the parties jointly retained attorney John Andrews ("Andrews") for the purpose of forming a limited liability company ("LLC") and for him to prepare an operating agreement to govern the LLC.   The Parties' operating agreement was to be consistent with the previously negotiated and agreed upon terms.  Andrews formed the LLC on behalf of all three partners, and delivered the operating agreement to Duncan and the Freemans on November 15, 2013.

15.     Subsequently, pursuant to the agreement and in reliance on representations made to her by the Freemans and Good Vapes, Duncan contributed $50,000 to the Good Vapes Lemmon Avenue business account.  In addition, Duncan through her construction company performed the finish-out work at the future location of the Good Vapes store on Lemmon Avenue.

16.     After weeks of doing business together, in accordance with the original agreement, Chris Freeman decided to break his promise that he made to Duncan in regards to the previously agreed upon 60/40 percentage split (60% to the Freemans and 40% to Duncan) of the profits.

17.     At no point prior to that time, which includes the planning, meeting, negotiating, agreeing, and operating of the LLC, did the Freemans ever express dissatisfaction with the ownership percentages. Nonetheless, instead of abiding by the

agreed upon terms, the Freemans and Good Vapes attempted to materially alter the Parties' agreement.  The Freemans did so by demanding that Duncan no longer use the name 'Good Vapes' in the future and that the $50,000 she invested would not be mentioned in the operating agreement.

18.     Furthermore, the Freemans contacted their own attorney behind Duncan's back, Carla Rankin, to construct yet second Temporary Operating Agreement.  The now second Temporary Operating Agreement stated that "the parties are in good faith negotiations to agree to terms of a Company Agreement."  Despite the original agreement that had been reached with Andrews and Duncan's good faith efforts to satisfy the Freemans, the Freemans included a provision in the second Temporary Operating Agreement, which stated that, "if terms cannot be agreed to on or before 5:00pm CST on Wednesday, January 29, 2014, the Parties will have no further obligation to Good Vapes Lemmon, each other individually or collectively and dissolution of the Partnership Agreement must commence and be dissolved."  This unilateral attempt at dissolving the existing partnership was deeply troubling to Duncan.

19.     Because the Freemans refused to abide by the Original Agreement negotiated and agreed to with Duncan, Duncan let the Freemans know that she would still be willing to proceed with another Good Vapes location, in Killeen, per the Parties' original agreement.  However, the Freemans continued to force Duncan's hand and they informed Duncan that they would remain partners with her only if: 1) she agreed to take a smaller percentage share of Good Vapes Lemmon (70/30 split); 2) a smaller percentage share than what was previously agreed upon for Good Vapes Killeen (65/35 split); and, 3) agreed that a 3rd store would be opened within eighteen (18) months and

if the 3rd location was not opened, Duncan's percentage for the Lemmon and Killeen locations would go back to the 60/40 spilt.    If so, then the Freemans would go forward and complete the LLC.   Based on the Freeman's representations and the new agreement that they made, Duncan agreed to make an additional contribution to Good Vapes Killeen.

20.     Unbeknownst to Duncan, the Defendants had other plans when Duncan reviewed the new Operating Agreement prepared by the Defendants' lawyer Carla Rankin ("Rankin"), she discovered that the Rankin Agreement was significantly different from the Operating Agreement that was agreed to by the Parties in the office of Andrews.   The Rankin Agreement was not what was agreed to by Duncan.   Among other things the Agreement contained a provision that allowed the Freemans to buy Duncan out for only $50,000.00.  It is important to note that the $50,000.00 buyout that the Freemans inserted into the Rankin Agreement is significantly lower than the amount already contributed to the partnership by Duncan up to that point in time.

21.     On January 27, 2014, the Freemans met with Andrews and told him that they wanted "out of the partnership."   The Freemans rejected the Operating Agreement that Andrews had drafted, they rejected the Operating Agreement that their own attorney Rankin had drafted and instead unilaterally decided to breach the Parties' agreement (again) and dissolve the partnership.

22.     Thereafter, the Freemans took control of Good Vapes Lemmon and excluded Duncan.   They stopped having weekly accounting meetings and refused to disclose any financial details of the business to Duncan.   Now, they want Duncan to take her investment back and "go home" − − after they used her money, her location

and her construction company to start and build the business.

23.     Duncan has fully performed her obligations under pursuant to the Agreement.   In particular, Duncan has invested financially, located property and provided her services in the construction of Good Vapes Lemmon.

### CAUSES OF ACTION

### BREACH OF CONTRACT

24.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

25.     Duncan is a proper party to sue for breach of contract.

26.     Duncan performed, tendered performance of, or was excused from performing her contractual obligations.

27.     The Defendants breached the contract.

28.     As a result of the Defendants breach of contract, Plaintiff has suffered actual, consequential, incidental, and special damages, in an amount exceeding the jurisdiction limits of this Court.

29.     All conditions precedent to recovery have been performed or have occurred.

### MONEY HAD AND RECEIVED

30.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

31.     The Defendants hold money. The Freemans refuse to distribute Plaintiff's fair share of profits.

32.     The money belongs to Duncan in equity and good conscience. Plaintiff

has invested a substantial amount of time, money, and resources into the partnership formed with Defendants.

33.     As a result of the Defendants actions, Plaintiff has suffered actual, consequential, incidental, and special damages, in an amount exceeding the jurisdiction limits of this Court.

## CONVERSION

34.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

35.     Duncan owned, possessed, or had the right to immediate possession of property.

36.     The property was personal property.

37.     The Defendants wrongfully exercised dominion or control over the property.

38.     Duncan suffered injury.

## FRAUD

39.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

40.     The Defendants made representations to Duncan including but not limited to that they agreed to partner with Duncan on a 60 / 40 split of the profits.

41.     The representations were material. The representations made by the Defendants were essential to inducing Duncan to contribute her own financial resources and assets to the partnership.

42.     The representations were false.   The Defendants had no intention of

creating a long-term partnership with Duncan despite their multiple representations saying otherwise.

43.     When the Defendants made the representations, the Defendants 1) knew the representations were false, or 2) made the representation recklessly, as a positive assertion, and without knowledge of its truth.

44.     The Defendants made the representations with the intent that Duncan would act on them and in fact she did.  Duncan scouted properties, discovered and leased the location currently being used for Good Vapes Lemmon Avenue.  In addition, Duncan contributed $50,000 to Good Vapes Lemmon Avenue business account, the office furniture, an antique cabinet for the coffee bar and put down the $10, 569.00 security deposit on the lease which is in her name!  If that is not enough, Duncan, through her construction company, also performed the finish-out work at the Lemmon Avenue location.

45.     Duncan relied on the representations.   Duncan would not have participated in the partnership to the extent that she did without the representations made by the Freemans.

46.     The Defendants' representations caused Duncan injury.

### FRAUD BY NONDISCLOSURE

47.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

48.     The Defendants concealed from or failed to disclose certain facts to Duncan.

49.     The Defendants had a duty to disclose the facts to Duncan.

50.     The facts were material.

51.     The Defendants knew 1) Duncan was ignorant of the facts, and 2) Duncan did not have an equal opportunity to discover the facts.

52.     The Defendants were deliberately silent when they had a duty to speak.

53.     By failing to disclose the facts, the Defendants intended to induce Duncan to take some action or refrain from acting.

54.     Duncan relied on the Defendants' non-disclosure.

55.     Duncan was injured as a result of acting without the knowledge of the undisclosed facts.

## CIVIL CONSPIRACY

56.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

57.     The Defendants were a member of a combination of two or more persons.

58.     The object of the combination was to accomplish

(a) an unlawful purpose, or

(b) a lawful purpose by unlawful means.

59.     The members had a meeting of the minds on the object or course of action to defraud Duncan.

60.     One of the members committed an unlawful, overt act to further the object or course of action.

61.     Duncan suffered injury as a proximate result of the wrongful act.

## BREACH OF FIDUCIARY DUTY

62.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all

purposes as if set forth in full.

63.     Duncan and the Defendants had a fiduciary relationship.

64.     The Defendants breached their fiduciary duties to Duncan.

65.     The Defendants' breach resulted in

> (a) injury to Duncan, or

> (b) benefit to the Defendants.

66.     The Freemans made an agreement with Duncan to form a partnership. As partners of the partnership, the Freemans owed fiduciary duties to Duncan.  As a result of their unlawful acts and conduct, the Freemans breached the following fiduciary duties:

> (a) duty of loyalty and utmost good faith;

> (b) duty to refrain from self-dealing;

> (c) duty of fair, honest dealing;

> (d) duty of candor;

> (e) duty to act with integrity of the strictest kind;

> (f) duty of full disclosure on all matters affecting Good Vapes;

> (g) duty to account for all of Good Vapes property; and

> (h) duty of utmost good faith, fairness, and honesty in dealing with a partner on matters pertaining to the partnership.

67.     The Defendants' breach of their fiduciary duties resulted in injury to Duncan and/or benefits to the Defendants.  Duncan has been damaged by the unlawful acts and conduct of the Defendants.  The damages suffered by Duncan were a foreseeable result of the Defendants' breach of their fiduciary duties.

68.     Duncan seeks all consequential, actual, and incidental damages that have resulted from the Freeman's breach of their fiduciary duties.   Further, Duncan seeks forfeiture and disgorgement of all benefits that have been received by the Freemans as a result of these breaches of fiduciary duties owed to Duncan.

## ATTORNEYS' FEES

69.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.   In accordance with §37.00 *et seq.* and §38.001 *et seq.* of the Texas Civil Practice and Remedies Code, Plaintiff is entitled to reasonable attorneys' fees.   Plaintiff is further entitled to receive reasonable expert fees, costs of court, and pre judgment and post judgment interest at the highest rates allowed by law. Duncan requests that she be awarded reasonable attorney's fees incurred in the trial of this matter, as well as for all possible appeals.

## AN ACCOUNTING

70.     Plaintiff incorporates and re-alleges the foregoing paragraphs for all purposes as if set forth in full.

71.      The court may order the fiduciary to make an accounting.

72.     As alleged above, Plaintiff's money has either been misdirected or misappropriated to other entities and/or Defendants for their own pecuniary gain at the expense of the Plaintiff.

73.     Plaintiff cannot know of the true nature of the use of her substantial investment without an accounting.

74.     Further, Plaintiff, as a member of the partnership, has a legal right to a full accounting and tracing of the Partnership's assets.

75.     The exact nature and extent of Defendants' illicit gains from their unlawful practices and schemes are not completely known to Plaintiff and cannot be determined without an accounting of the transactions made by Defendants.  An investigation of such transactions is necessary since there is no adequate remedy at law.

76.     Plaintiff, therefore, requests that the Court order a verified accounting.

### CONDITIONS PRECEDENT

77.     All conditions precedent necessary for Plaintiff to have and recover in this action has been performed or has occurred.

### NO WAIVER

78.     By filing this lawsuit, Plaintiff does not waive or release any rights, claims, causes of action, or defenses or make any election of remedies, but expressly reserve all such rights, claims, causes of action and defenses.

### JURY DEMAND

79.     Plaintiff demands that this Court empanel a lawful jury to hear this case.

### REQUEST FOR DISCLOSURE

80.     Pursuant to Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose to Plaintiff within fifty (50) days of this service of this request, the information and materials described in Rule 194.2(a) through 194.2(k).

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that citation issue and process be served on Defendants and that, upon final hearing, Plaintiff have and recover judgment from and against the Defendants in the amount set forth above, for reasonable attorneys' fees incurred by Plaintiff in prosecuting this

action, for costs and expenses of suit herein, for pre-judgment and post-judgment interest on all monetary relief sought herein at the highest rates allowed by law, and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**FRIEDMAN & FEIGER, L.L.P.**

/s/ Jason H. Friedman

by:_____

    **Lawrence J. Friedman**
    State Bar No. 07469300
    lfriedman@fflawoffice.com
    **James Samuel Bell**
    State Bar No. 24049314
    jbell@fflawoffice.com
    **Jason H. Friedman**
    State Bar No. 24059784
    jhfriedman@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas  75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR PLAINTIFF**

Linda Schaffer

FILED
DALLAS COUNTY
4/18/2014 2:07:07 PM
GARY FITZSIMMONS
DISTRICT CLERK

Case 3:14-cv-01827-G-BN Document 1-2 Filed 05/19/14 Page 15 of 28 PageID 23

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ DC-14-04190 _____    COURT *(FOR CLERK USE ONLY):* _____ 44th _____

STYLED *JENNIFER DUNCAN V JAMES "CHRIS" FREEMAN, ERIN FREEMAN, GOOD VAPES LLC D/B/A GOOD VAPES*
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| **Name:**<br>Jason H. Friedman | **Email:**<br>jhfriedman@fflawoffice.com | **Plaintiff(s)/Petitioner(s):**<br>Jennifer Duncan | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| **Address:**<br>5301 Spring Valley Road, Ste. 200 | **Telephone:**<br>(972) 788-1400 | | Additional Parties in Child Support Case: |
| **City/State/Zip:**<br>Dallas, Texas 75254 | **Fax:**<br>(972) 788-2667 | **Defendant(s)/Respondent(s):**<br>James "Chris" Freeman, Erin Freeman,<br>Good Vapes LLC d/b/a Good Vapes | Custodial Parent:<br><br>Non-Custodial Parent: |
| **Signature:** | **State Bar No:**<br>24059784 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☒Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>Pre-indictment<br>☐Other: | ☐Enforce Foreign<br>Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>of Minority<br>☐Other: | ☐Adoption/Adoption with<br>Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| Tax | | Probate & Mental Health | |
|---|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

**Exhibit A2**

Rev 2/13

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

DC – 14 – 04190
CIT – IS
ISSUE CITATION
622056

To:

**GOOD VAPES LLC D/B/A GOOD VAPES**
**BY SERVING ITS REGISTERED AGENT, SOLUTIONS TAX & BOOKKEEPING LLC**
**5750 GENESIS COURT, SUITE 100**
**FRISCO, TX 75034**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court **18th day of April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**

For Suit, said suit being numbered **DC-14-04190-B,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas

By _____ Deputy
LINDA SCHAFFER

---

**ATTY**

## CITATION

### DC-14-04190-B

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
**et al**

ISSUED THIS
21st day of April, 2014

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: LINDA SCHAFFER, Deputy

**Attorney for Plaintiff**
JASON H. FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX 75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES
PAID
FEES NOT
PAID

**Exhibit A3**

# OFFICER'S RETURN

Case No. : DC-14-04190-B

Court No.44th District Court

Style: JENNIFER DUNCAN

vs.

JAMES "CHRIS" FREEMAN, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

_____

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |  |
|---|---|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS



DC – 14 – 04190
CIT – IS
ISSUE CITATION
522065

To:

**ERIN FREEMAN**
**2440 PEAVY ROAD**
**DALLAS TX 75228**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **44th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court  **18th day of April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**

For Suit, said suit being numbered **DC-14-04190-B,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

By _____, Deputy
       LINDA SCHAFFER

---

**ATTY**

# CITATION

## DC-14-04190-B

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
et al

ISSUED THIS
**21st day of April, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By:  LINDA SCHAFFER, Deputy

---

**Attorney for Plaintiff**
JASON H. FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX  75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES           FEES NOT
PAID           PAID

Exhibit A3

# OFFICER'S RETURN

Case No. : DC-14-04190-B

Court No.44th District Court

Style: JENNIFER DUNCAN

vs.

JAMES "CHRIS" FREEMAN, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of_____County, _____ |  |
| For Notary | $_____ | By_____Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

DC – 14 – 04190
CIT – IS
ISSUE CITATION
522064

To:

**JAMES "CHRIS" FREEMAN**
**2440 PEAVY ROAD**
**DALLAS TX 75228**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **44th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court  **18th day of April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**

For Suit, said suit being numbered **DC-14-04190-B,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County of Dallas

By _____ , Deputy
LINDA SCHAFFER

---

**ATTY**

# CITATION

## DC-14-04190-B

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
et al

ISSUED THIS
**21st day of April, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By:  LINDA SCHAFFER, Deputy

**Attorney for Plaintiff**
JASON H. FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX  75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES       FEES NOT
PAID        PAID

**Exhibit A3**

## OFFICER'S RETURN

Case No. : DC-14-04190-B

Court No.44th District Court

Style: JENNIFER DUNCAN

vs.

JAMES "CHRIS" FREEMAN, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of_____County,_____ |  |
| For Notary | $_____ | By_____Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
4/23/2014 11:52:39 AM
GARY FITZSIMMONS
DISTRICT CLERK

Patricia Elliott

**AFFIDAVIT OF SERVICE**

## CAUSE NO. DC-14-04190-B

| | |
|---|---|
| JENNIFER DUNCAN | 44TH DISTRICT COURT |

JENNIFER DUNCAN        44TH DISTRICT COURT

VS.

JAMES "CHRIS" FREEMAN, ET AL        DALLAS COUNTY, TEXAS

Documents: **CITATION; PLAINTIFFS ORIGINAL PETITION**

Received on: __APRIL 21, 2014__ at ___3:30___ **P.M.** the above documents to be delivered to:

**GOOD VAPES LLC D/B/A GOOD VAPES BY SERVING ITS REGISTERED AGENT,
SOLUTIONS TAX & BOOKKEEPING, LLC 5750 GENESIS COURT, SUITE 100, FRISCO, TX 75034**

I, __DARLA GRAY__, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to: __PAMELA HERZBERG__

(Title / Relationship): __DESIGNATED AGENT - SOLUTIONS TAX & BOOKEEPING, LLC__

Address of Service: __5750 GENESIS COURT, STE. 100, FRISCO, TX 75034__

Date of Service: __APRIL 22, 2014__ Time of Service: __1:35 P.M.__

Type of Service:

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person residing therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

☑ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

---

**"I declare under penalties of perjury that the information contained herein is true and correct"**

Signature _____ PS#: __SCH2010__
Exp: __4/30/15__

Subscribed and sworn to before me, a notary public on _April 23_, 20_14_

Notary Public in and of the State of Texas



VIVIAN WINTER
Notary Public, State of Texas
My Commission Expires
March 24, 2018

**Exhibit A4**

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

**GOOD VAPES LLC D/B/A GOOD VAPES
BY SERVING ITS REGISTERED AGENT, SOLUTIONS TAX & BOOKKEEPING LLC
5750 GENESIS COURT, SUITE 100
FRISCO, TX 75034**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court  **18th day of April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**.

For Suit, said suit being numbered **DC-14-04190-B**, the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas.

By
LINDA SCHAFFER
Deputy

---

**ATTY**

# CITATION

## DC-14-04190-B

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
et al

ISSUED THIS
**21st day of April, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: LINDA SCHAFFER, Deputy

**Attorney for Plaintiff**
JASON H. FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX 75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES        FEES NOT
PAID          PAID

FILED
DALLAS COUNTY
4/28/2014 8:47:52 AM
GARY FITZSIMMONS
DISTRICT CLERK

## AFFIDAVIT OF SERVICE

### CAUSE NO: DC-14-04190-B

**JENNIFER DUNCAN,**                                    **44th JUDICAL DISTRICT COURT**

**VS**

**JAMES "CHRIS" FREEMAN,**                             **DALLAS COUNTY, TEXAS**

Documents: **CITATION; PLAINTIFF'S ORIGINAL PETITION**

Received on: _4-22-14_ at _11:00_ (A.M.) / P.M. the above documents to be delivered to:

**ERIN FREEMAN**
**2440 PEAVY ROAD, DALLAS, TX 75228**

I, _Ann Wixon_, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to: _Erin Freeman_

(Title / Relationship): _____

Address of Service: _2440 Peavy Rd. Dallas TX 75228_

Date of Service: _4-22-14_          Time of Service: _11:25 AM_

Descriptors: Sex: _F_   Age: _45-50_  Color: _White (White)_ Height: _5'5_  Weight: _160-180_  Hair: _Red_

**Type of Service:**

[X] **PERSONAL SERVICE:** Individually and personally to the above named recipient.

[ ] **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

[ ] **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address.

[ ] **NOT FOUND / NOT DELIVERED:** for the following reason: _____

_____
_____

**"I declare under penalties of perjury that the information contained herein is true and correct"**

_Ann Wixon_
Signature      PS#: _1343_
              Exp: _10/31/14_

**RETRIEVE LEGAL SERVICES**
**2201 MAIN ST., STE 400**
**DALLAS, TEXAS 75201**
**214-566-5724 ph 214-594-7774 fax**

Subscribed and sworn to before me, a notary public on _4-22_, 20 _14_

_____
Notary Public in and of the State of Texas

MEGAN ASHLEY PARKER
MY COMMISSION EXPIRES
December 8, 2014

# Exhibit A5

**FORM NO. 353-3 - CITATION**

# THE STATE OF TEXAS

| ATTY |
| --- |
| **CITATION** |
| **DC-14-04190-B** |

To:

    **ERIN FREEMAN**
    **2440 PEAVY ROAD**
    **DALLAS TX 75228**

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
et al

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court **18th** day of **April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**

For Suit, said suit being numbered **DC-14-04190-B**, the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

ISSUED THIS
**21st** day of **April, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

By: LINDA SCHAFFER, Deputy

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas.

By
LINDA SCHAFFER
          Deputy

**Attorney for Plaintiff**
JASON H. FRIEDMAN
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX 75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES
PAID

FEES NOT
PAID

## AFFIDAVIT OF SERVICE

### CAUSE NO: DC-14-04190-B

**JENNIFER DUNCAN,**                                                      **44th JUDICAL DISTRICT COURT**

**VS**

**JAMES "CHRIS" FREEMAN,**                                          **DALLAS COUNTY, TEXAS**

Documents: **CITATION; PLAINTIFF'S ORIGINAL PETITION**

Received on: _4-22-14_ at _11:00_ (A.M.)/ P.M. the above documents to be delivered to:

**JAMES "CHRIS" FREEMAN**
**2440 PEAVY ROAD, DALLAS, TX 75228**

I, _Ann Wixom_, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to: _JAMES CHRIS FREEMAN_

(Title / Relationship): _____

Address of Service: _2440 Peavy Road Dallas TX 75228_

Date of Service: _4-22-14_                 Time of Service: _11:25 Am_

Descriptors: Sex: _M_ Age: _45-54_ Color: _White_ Height: _5'0-6'0_ Weight: _180-220_ Hair: _Brown_

**Type of Service:**

☑ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

_____

_____

**"I declare under penalties of perjury that the information contained herein is true and correct"**

Signature _____                 PS#: _1343_
                                           Exp: _10/31/14_

**RETRIEVE LEGAL SERVICES**
**2201 MAIN ST., STE 400**
**DALLAS, TEXAS 75201**
**214-566-5724 ph 214-594-7774 fax**

Subscribed and sworn to before me, a notary public on _4-22_, 20_14_

Notary Public in and of the State of Texas

MEGAN ASHLEY PARKER
MY COMMISSION EXPIRES
December 8, 2014

**Exhibit A6**

FORM NO. 353-3 - CITATION

THE STATE OF TEXAS

To:
**JAMES "CHRIS" FREEMAN**
**2440 PEAVY ROAD**
**DALLAS TX 75228**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JENNIFER DUNCAN**

Filed in said Court **18th day of April, 2014** against

**JAMES "CHRIS" FREEMAN, ET AL**

Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

For Suit, said suit being numbered **DC-14-04190-B**, the nature of which demand is as follows:

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of April, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas.

By
LINDA SCHAFFER

Deputy

---

**ATTY**

**CITATION**

**DC-14-04190-B**

**JENNIFER DUNCAN**
vs.
**JAMES "CHRIS" FREEMAN,**
et al

ISSUED THIS
**21st day of April, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: LINDA SCHAFFER, Deputy

**Attorney for Plaintiff**
**JASON H. FRIEDMAN**
FRIEDMAN & FEIGER LLP
5301 SPRING VALLEY ROAD
SUITE 200
DALLAS TX 75254
972-788-1400

DALLAS COUNTY CONSTABLE
FEES
PAID
FEES NOT
PAID

Case 3:14-cv-01827-G-BN   Document 1-2   Filed 05/19/14   Page 28 of 28   PageID 36

# REGISTER OF ACTIONS
## CASE No. DC-14-04190

| | | | |
|---|---|---|---|
| **JENNIFER DUNCAN vs. JAMES "CHRIS" FREEMAN, et al** | § § § § § | Case Type: | **OTHER (CIVIL)** |
| | | Date Filed: | **04/18/2014** |
| | | Location: | **44th District Court** |

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| DEFENDANT | **FREEMAN, ERIN** | |
| DEFENDANT | **FREEMAN, JAMES "CHRIS"** | |
| DEFENDANT | **GOOD VAPES LLC D/B/A GOOD VAPES** | |
| PLAINTIFF | **DUNCAN, JENNIFER** | **JASON H. FRIEDMAN** |
| | | *Retained* |
| | | 972-788-1400(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 04/18/2014 | **NEW CASE FILED (OCA) - CIVIL** | | |
| 04/18/2014 | **ORIGINAL PETITION** | | |
| | *ORIGINAL PETITION* | | |
| 04/18/2014 | **CASE FILING COVER SHEET** | | |
| | *CASE FILING COVER SHEET* | | |
| 04/18/2014 | **ISSUE CITATION** | | |
| 04/21/2014 | **CITATION** | | |
| | *- ATTY* | | |
| | FREEMAN, JAMES "CHRIS" | Served | 04/22/2014 |
| | | Returned | 04/28/2014 |
| | FREEMAN, ERIN | Served | 04/22/2014 |
| | | Returned | 04/28/2014 |
| | GOOD VAPES LLC D/B/A GOOD VAPES | Served | 04/22/2014 |
| | | Returned | 04/23/2014 |
| 04/23/2014 | **AFFIDAVIT** | | |
| | *Return of Service* | | |
| 04/28/2014 | **AFFIDAVIT** | | |
| | *Proof of Service* | | |
| 04/28/2014 | **AFFIDAVIT** | | |
| | *Proof of Service* | | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **PLAINTIFF** DUNCAN, JENNIFER | | |
| | Total Financial Assessment | | 343.00 |
| | Total Payments and Credits | | 343.00 |
| | **Balance Due as of 05/19/2014** | | **0.00** |
| 04/21/2014 | Transaction Assessment | | 343.00 |
| 04/21/2014 | CREDIT CARD - TEXFILE (DC)   Receipt # 22623-2014-DCLK | DUNCAN, JENNIFER | (343.00) |

**Exhibit A7**