IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JENNIFER DUNCAN,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:14-cv-01827-G |
| **JAMES "CHRIS" FREEMAN, ERIN** § | |
| **FREEMAN, and GOOD VAPES LLC** § | |
| **d/b/a GOOD VAPES,** § | |
| § | |
| *Defendants.* § | |

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Plaintiff Jennifer Duncan ("Duncan") and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the U.S. Northern District of Texas, files this her Motion to Remand to State Court, seeking a remand of this case to the 44th Judicial District Court of Dallas County, Texas. The grounds for this Motion to Remand are set forth in the accompanying Brief, which is incorporated herein by reference. Duncan respectfully requests that the Court grant her Motion to Remand to State Court, remand this case to the 44th Judicial District Court of Dallas County, Texas, award Duncan her reasonable attorneys' fees and costs, and grant Duncan such other and further relief to which she may be justly entitled.

Respectfully submitted, this 17th day of June, 2014.

           Respectfully submitted,

           /s/ Jason H. Friedman
              **Lawrence J. Friedman**
              State Bar No. 07469300
              lfriedman@fflawoffice.com
              **Ernest Leonard**
              State Bar No. 12208750
              eleonard@fflawoffice.com
              **Jason H. Friedman**
              State Bar No. 24059784
              jhfriedman@fflawoffice.com

           **FRIEDMAN & FEIGER, L.L.P.**
           5301 Spring Valley Road, Suite 200
           Dallas, Texas 75254
           (972) 788-1400 (Telephone)
           (972) 788-2667 (Facsimile)

           **ATTORNEYS PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I electronically filed the foregoing **Brief in Support of Plaintiff's Motion to Remand to State Court** with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

           /s/ Jason H. Friedman

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendants in the above cause in an attempt to reach an agreement concerning the relief requested herein and Counsel for the Defendants is opposed to the relief sought herein. Therefore, this Motion is submitted to the Court for determination

           /s/ Jason H. Friedman